Lawrence W. Freiman, Esq. (SBN 288917)
lawrence@freimanlegal.com
FREIMAN LEGAL
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1004
Facsimile: (310) 300-2603

*Counsel for Plaintiff Bonita Johnson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BONITA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 3:26-cv-01445-VC<br><br>**PLAINTIFF'S CIVIL L.R. 3-15 CERTIFICATION AND FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report. Pursuant to Fed. R. Civ. P. 7.1(a)(2), the undersigned certifies that Plaintiff Bonita Johnson is an individual and a citizen of California, and that no other individual’s or entity’s citizenship is attributed to Plaintiff.

Dated: August 14, 2026

FREIMAN LEGAL

*Lawrence W. Freiman, Esq.*

Lawrence W. Freiman, Esq.

Counsel for Plaintiff Bonita Johnson